RECEIVED
SDNY PRO SE OFFICE
2021 DEC 13 AM 10: 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lamar Harvey_
Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

_Creedmoor Psychiatric Center;_
_Office of Mental Health_

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Access to the Court._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Lamar                    R.              Harvey
First Name           Middle Initial      Last Name

79-25 Winchester Blvd, Ward 9B
Street Address

Queens Village              N.Y.            11427
County, City                State           Zip Code

(718)264-5012                _____
Telephone Number            Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Creedmoor Psychiatric Center
First Name / Last Name

N/A
Current Job Title (or other identifying information)

79-25 Winchester Blvd, Ward
Current Work Address (or other address where defendant may be served)

Queens Village          N.Y.          11427
County, City            State         Zip Code

Defendant 2: ~~Domnan~~ L.H. Office of Mental Health
First Name / Last Name

Care Provider
Current Job Title (or other identifying information)

44 ~~Pearl Street~~ Holland Ave.
Current Work Address (or other address where defendant may be served)

Albany                  N.Y.          12208
County, City            State         Zip Code

Defendant 3:
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State         Zip Code

Page 4

Defendant 4: _____
            First Name                   Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Creedmoor Psychiatric Center

Date(s) of occurrence: November 5th 2021

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On or about November 5th, 2021 I requested access to a law-library so I could petition the Courts for redress of my grievances to Creedmoor Psychiatric Center's "Chief of Service", which was denied on the basis that: "Creedmoor Psychiatric Center does not have a law-library nor access to any legal material." SEE-Exhibit 1.

Not having access to a law-library prevents me from conducting legal-research, obtaining legal materials and other privileges I should be afforded under the federal constitution. So it seems these civil liberties of mine are exempt, and non-existant.

Additionally, my access to the Court issue(s) originates from my many requests for law-library access so I could

file a petition in the New York State Court of Claims, for an Ipod that was stolen. Because I couldn't do research for this claim in a law-library I totally lost my case.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental anguish and stress related high blood pressure.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

An injunction to have Creedmoor provide a law-library and access to legal material.
Punitive damages for violation of federal constitutional right(s), in the amount of: $25,000.00.
Monetary damages for violation of clearly established established law, in the amount of: $225,000.00.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

11/26/21
**Dated**

*Lamar R Haney*
**Plaintiff's Signature**

Lamar / R / Haney
**First Name** / **Middle Initial** / **Last Name**

79-25 Winchester Blvd.
**Street Address**

Queens / Queens Village / N.Y. / 11427
**County, City** / **State** / **Zip Code**

718-264-5012
**Telephone Number**    **Email Address (if available)**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Form BPR 973A (MH) (10/01)

Ref. No: 11525709



New York State
Office of Mental Health

# PERSONAL NEEDS ALLOWANCE NOTICE
## (INPATIENT)

Date: 7/14/2021

Patient: HARVEY, LAMAR

"C" No.: 005 - 0125932

Facility: CREEDMOOR

Ward: 135

| For Patient Resource Use Only DATA ENTRY INSTRUCTIONS ||
|---|---|
| ELIG CODE | PNA AMT |
| 1 | $ 35.00 |

0 = Unknown
1 = Eligible for full PNA
2 = Eligible for partial PNA
3 = Not Eligible

Eligibility requirements: *Available income* less than the applicable SSI income allowance.
*Assets* less than the current SSI resources levels.
*Residence* for full calendar month.

■ You are eligible to receive a Personal Needs Allowance of $ ___ $ 35.00 ___ .
Your first payment will be for the month of ___ 06/2021 ___ (provided you remain in the facility until the end of the month) and you can expect to receive the payment during the month of ___ 07/2021 ___ .

☐ Your Personal Needs Allowance is changed to $ ___ effective the month of ___ .

☐ You are not eligible for Personal Needs Allowance based on  ☐ Your Income
☐ Your Assets
☐ Failure to Provide Information

☐ A repayment in the amount of $ ___ is due.

Remarks:

If you have any questions regarding this decision, contact the Patient Resource Office.

White — Patient   Canary — Date Entry   Pink — File

11/12/21

I Lamar Harvey requested to use the law library and law library material. My request was denied. The cheif of service made this decision. He presides over creedmoor psychiatric center.

Request date 11/5/21

writer,
Lamar Harvey
Lamar Harvey

S. Mobley
Witness (T.T.L.)
Treatment team Leader

Addendum: The request was denied as Creedmoor Psychiatric Center does not have a law library nor access to any legal material.

S. Mobley



Lamar Harvey
79-25 Winchester Blvd.
Queens Village, N.Y. 11427

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 13 AM 9:59

Southern District Courts
500 Pearl St.
N.Y., N.Y. 10007

Pro Se


USM P3
SDNY


RECEIVED
DEC 10 2021
CLERK'S OFFICE
S.D.N.Y.